**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: N.J.B., AN ALLEGED      :   No. 253 WAL 2023
INCAPACITATED PERSON          :
                                      :
                                      :   Petition for Allowance of Appeal
PETITION OF: J.P.B.                 :   from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of April, 2024, the Petition for Allowance of Appeal is

**DENIED**.